In the Matter of the Application of RAMAPO MOUNTAINS WATER, POWER AND SERVICE COMPANY, INCORPORATED, Appellant, against JULIA F. SIEDLER et al., Respondents.

*Matter of Ramapo Mountains Water, P. & S. Co., Inc., v. Siedler,* 186 App. Div. 963, affirmed.

(Argued October 13, 1919; decided November 18, 1919.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 3, 1919, which unanimously affirmed a judgment of Special Term dismissing the petition of the appellant herein in condemnation proceedings to acquire certain lands in the town of Ramapo, Rockland county, for water supply purposes on the ground that the defendant commissioners of the Palisades Interstate Park had previously acquired title to certain of the lands sought to be taken by the Ramapo Mountains Water, Power and Service Company, Inc., which were necessary to its project, and that the said company could not acquire lands so taken by the commissioners.

*R. E. Digney* and *John M. Digney* for appellant.

*Montgomery Hare* for Julia F. Siedler et al., respondents.

*Joseph A. Warren* and *George A. Blauvelt* for commissioners of Palisades Interstate Park, respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.